UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| LAKITA CAMILLANN ROBINSON, | Case No.: 2:24-cv-00912-APG-MDC |
|---|---|
| Plaintiff | **Order (1) Deeming Order to Show Cause Satisfied, (2) Extending Time to Serve Defendants, and (3) Referring Case to the Pro Bono Program** |
| v. | |
| MGM RESORTS INTERNATIONAL, et al., | |
| Defendants | |

Plaintiff Lakita Robinson filed this lawsuit in May 2024 against defendants MGM Resorts International, Ashley Eddy, and Reem Blaik. ECF No. 2.  After Robinson failed to respond to the clerk's office's several notices advising her to file a certificate of interested parties, I issued an order to show cause why this case should not be dismissed due to Robinson's failure to comply with the notices and with the Local Rules. ECF Nos. 6-10; 12.  Robinson responded by filing a certificate of interested parties and requesting the assistance of counsel. ECF Nos. 13; 14.

In the meantime, the time has run for Robinson to have served the defendants, but there is no proof of service on the docket.  That ordinarily would result in the defendants being dismissed without prejudice. *See* Fed. R. Civ. P. 4(m).  But given Robinson's pro se status, I hereby extend the time for her to serve the defendants. *Id.*  I urge Robinson to carefully read Federal Rule of Civil Procedure 4 on how to effect service on each of the defendants.

Additionally, I grant her request for counsel in that I will refer this matter to the court's Pro Bono Program.  This does not ensure that Robinson will receive counsel in this case, as an attorney must agree to represent her.  I advise Robinson that she should not wait for counsel to

agree to take her case to accomplish service on the defendants.  It may take awhile for counsel to agree to take the case, and the deadline to serve the defendants is not far off.

      I THEREFORE ORDER that the order to show cause (ECF No. 12) is satisfied because Robinson filed a certificate of interested parties.

      I FURTHER ORDER that the time for Robinson to serve the defendants is extended to October 31, 2024.

      I FURTHER ORDER that this case is referred to the Pro Bono Program adopted in General Order 2019-07 for the purpose of screening for financial eligibility (if necessary) and identifying counsel willing to be appointed as pro bono counsel for Lakita Robinson.  The scope of appointment will be for all purposes through the conclusion of trial.  By referring this case to the Program, I am not expressing an opinion as to the merits of the case.  Accordingly, this case is referred to the Pro Bono Program for appointment of counsel for the purposes identified herein.

      I FURTHER ORDER the clerk of court to forward this order to the Pro Bono Liaison.

      DATED this 22nd day of August, 2024.

      ANDREW P. GORDON
      UNITED STATES DISTRICT JUDGE