Christian Gabroy
Nev. Bar No. 8805
Kaine Messer
Nev. Bar No. 14240
GABROY | MESSER
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel:    (702) 259-7777
Fax:    (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LAKITA CAMILLANN ROBINSON | Case No.: 2:24-cv-00912-APG-MDC |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| MGM RESORTS INTERNATIONAL, et al, | (First Request) |
| Defendants. | |

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Lakita Camillann Robinson, ("Plaintiff"), through her counsel, Gabroy | Messer, and Defendants, MGM Resorts International, et al, ("Defendant"), by and through their counsel, Ogletree Deakins, that Defendant shall have an extension up to and including May 12, 2025, in which to file its response to Plaintiff's Complaint. The parties have agreed to this extension to facilitate discussions regarding a potential settlement. Accordingly, the Parties agree to and stipulate as follows:

1. Plaintiff filed her Complaint on May 15, 2024, in the United States District Court of Clark County, Nevada, Case No. 2:24-cv-00912-APG-MDC.  The

GABROY | MESSER
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777  FAX:  (702) 259-7704

GABROY | MESSER
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777  FAX: (702) 259-7704

1    Summons and Complaint were served on or about October 31, 2024.

2.  Plaintiff's counsel, Gabroy | Messer, was appointed as Pro Bono Counsel on November 6, 2024.

3.  The extension will allow the parties additional time to engage in further discussions regarding a potential settlement of this matter. The parties had continually discussed this case in efforts to resolve it.  After such discussion, Plaintiff has voluntarily dismissed the individual defendants, (ECF No. 27), and now hope to continue discussions to fully resolve this matter without further litigation.  Therefore, the parties respectfully request the extension of time for Defendant to file its response to the Complaint to allow those discussions to continue.

4.  This is the first request for an extension of time for Defendant to file a response to Plaintiff's Complaint.

5.  This request is made in good faith and not for the purpose of delay.

6. Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 24ᵗʰ day of February 2025.

GABROY | MESSER

By: /s/ Christian Gabroy_____
Christian Gabroy
Nev. Bar No. 8805
Kaine Messer
Nev. Bar No. 14240
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
*Attorneys for Plaintiff*

Dated this 24ᵗʰ day of February 2025.

OGLETREE DEAKINS

By: /s/ Molly M. Rezac
Molly M. Rezac
Nev. Bar No. 7435
200 South Virginia Street
8th Floor
Reno, Nevada 89501
*Attorney for Defendants*

**IT IS SO ORDERED.** Defendants shall have up to an including May 12, 2025, to respond to Plaintiff's Complaint.

_____
UNITED STATES MAGISTRATE JUDGE

Dated:    2-26-25

88302421.v1-OGLETREE