MOLLY M. REZAC
Nevada Bar No. 7435
molly.rezac@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV 89501
Telephone: 775.440.2373
Facsimile: 775.440.2376

*Attorneys for Defendants,
MGM Resorts International, Ashley Eddy
and Reem Blaik*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LAKITA CAMILLANN ROBINSON,<br><br>  Plaintiff,<br>vs.<br>MGM RESORTS INTERNATIONAL, et al.,<br><br>  Defendants. | Case No.:  2:24-cv-00912-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Lakita Camillann Robinson, ("Plaintiff"), through her counsel, Gabroy | Messer, and Defendants, MGM Resorts International, et al, ("Defendants"), by and through their counsel, Ogletree Deakins, that Defendant shall have an extension up to and including May 27, 2025, in which to file its response to Plaintiff's Complaint. This is the second request for an extension. This Court entered its first order granting an extension to May 12, 2025 on February 26, 2025 (ECF No. 29).

The parties have agreed to this extension to continue discussions regarding a potential settlement. Accordingly, the Parties agree to and stipulate as follows:

1. Plaintiff filed her Complaint on May 15, 2024, in the United States District Court of Clark County, Nevada, Case No. 2:24-cv-00912-APG-MDC. The Summons and Complaint were served on or about October 31, 2024.

- 1 -

2. Plaintiff's counsel, Gabroy | Messer, was appointed as Pro Bono Counsel on November 6, 2024.

3. The extension will allow the parties additional time to engage in further discussions regarding a potential settlement of this matter. The parties have continually discussed this case in efforts to resolve it. After such discussion, Plaintiff has voluntarily dismissed the individual defendants, (ECF No. 27). The parties have engaged in continued settlement discussions and hope that a bit more time will allow them to fully resolve this matter without further litigation. Therefore, the parties respectfully request the extension of time for Defendant to file its response to the Complaint to allow those discussions to continue.

4. This is the second request for an extension of time for Defendant to file a response to Plaintiff's Complaint.

5. This request is made in good faith and not for the purpose of delay.

///

///

///

///

///

///

6. Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

| | |
|---|---|
| Dated this 12th day of May 2025. | Dated this 12th day of May 2025. |
| GABROY \| MESSER | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| By: */s/ Christian Gabroy*<br>Christian Gabroy<br>Nevada Bar No. 8805<br>Kaine Messer<br>Nevada Bar No. 14240<br>The District at Green Valley Ranch<br>170 South Green Valley Parkway<br>Suite 280<br>Henderson, Nevada 89012<br>*Attorneys for Plaintiff* | By: */s/ Molly M. Rezac*<br>Molly M. Rezac<br>Nevada Bar No. 7435<br>200 South Virginia Street, 8th Floor<br>Reno, Nevada 89501<br>*Attorney for Defendants* |

**IT IS SO ORDERED**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
DATED: 5/13/2025