MOLLY M. REZAC
Nevada Bar No. 7435
molly.rezac@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV 89501
Telephone: 775.440.2373
Facsimile: 775.440.2376

*Attorneys for Defendant,*
*MGM Resorts International*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LAKITA CAMILLANN ROBINSON,<br><br>　　　　　　Plaintiff,<br>vs.<br>MGM RESORTS INTERNATIONAL, et al.,<br><br>　　　　　　Defendants. | Case No.:  2:24-cv-00912-APG-MDC<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO  RESCHEDULE DATE**<br>**FOR EARLY NEUTRAL EVALUATION**<br><br>**(First Request)**<br><br>**PRO BONO COUNSEL CHRISTIAN**<br>**GABROY OF GABROY \| MESSER**<br>**APPOINTED TO REPRESENT PLAINTIFF** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Lakita Camillann Robinson, ("Plaintiff"), through her counsel, Gabroy | Messer, and Defendant, MGM Resorts International ("Defendant")[1], by and through their counsel, Ogletree Deakins, that the Early Neutral Evaluation scheduled for September 8, 2025 be continued to a new date.  The parties have been actively discussing resolution of this case and wish to have some more time to do so prior to incurring additional costs to prepare for and attend the Early Neutral Evaluation.  This request is made in good faith and not for purposes of delay.

---

[1] All other defendants have been voluntarily dismissed from this case.

- 1 -

For the foregoing reasons, Plaintiff Lakita Camillann Robinson and Defendant MGM Resorts International, by and through their respective attorneys of record, hereby submit this proposed Stipulation and Order to Reschedule the Early Neutral Evaluation currently scheduled for September 8, 2025 to a time convenient for this Court and the parties.

Dated this 25th day of August, 2025.

GABROY | MESSER

By: /s/ Christian Gabroy
Christian Gabroy
Nevada Bar No. 8805
Kaine Messer
Nevada Bar No. 14240
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
*Attorneys for Plaintiff*

Dated this 25th day of August, 2025.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Molly M. Rezac
Molly M. Rezac
Nevada Bar No. 7435
200 South Virginia Street, 8th Floor
Reno, Nevada 89501
*Attorney for Defendant*

**IT IS SO ORDERED**. The Early Neutral Evaluation scheduled for September 8, 2025 is **VACATED** and **RESET** for **Wednesday, October 15, 2025 at 10:00 a.m.**

**IT IS FURTHER ORDERED** that written evaluation statements are due by 4:00 p.m. on Wednesday, October 8, 2025.

DATED: 8/26/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE