MOLLY M. REZAC
Nevada Bar No. 7435
molly.rezac@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV 89501
Telephone: 775.440.2373
Facsimile: 775.440.2376

*Attorneys for Defendant,*
*MGM Resorts International*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LAKITA CAMILLANN ROBINSON,<br><br>　　　　　　　Plaintiff,<br>vs.<br>MGM RESORTS INTERNATIONAL, et al.,<br><br>　　　　　　　Defendants. | Case No.: 2:24-cv-00912-CDS-MDC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY AND SCHEDULING ORDER DEADLINES (PRO BONO)**<br><br>**(Second Request)** |

Pursuant to LR IA 6-1, 6-2, and 26-3, Plaintiff Lakita Camillann Robinson, ("Plaintiff"), through her counsel, Gabroy | Messer, and Defendant, MGM Resorts International ("Defendant"), by and through their counsel, Ogletree Deakins, hereby stipulate to amend the current scheduling order (ECF No. 49) by extending the outstanding discovery and other deadlines for a period of ninety (90) days from January 9, 2026 to **April 9, 2026**. This is the second request for an extension to the scheduling order in this matter.

**A.     Statement of Discovery that has been Completed**

The parties have exchanged Initial Disclosures, and Plaintiff has supplemented her Initial Disclosures.

**B.     Description of the Discovery that Remains to be Completed**

Plaintiff anticipates propounding written discovery and taking Defendant's FRCP 30(b)(6) depositions. Defendant will propound written discovery and take Plaintiff's deposition.

/ / /

- 1 -

**C.    Reasons the Remaining Discovery was not Completed within the Time Limits Set by the Discovery Plan**

This extension is necessary and additional good cause exists. Plaintiff was originally a *pro se* Plaintiff. On August 22, 2024, this matter was referred to the Pro Bono Program. ECF No. 15. Christian Gabroy was appointed as counsel and on October 31, 2024, he entered his appearance. ECF No. 18. Defendant answered the Complaint on June 10, 2025. Since that time, the parties have been actively working towards resolution of this *pro bono* matter and attended an ENE session on October 15, 2025. *See* ECF No. 48. Just after the ENE, Defendant's counsel went out on medical leave. Defense counsel has returned from leave, and the parties anticipate completing discovery within the requested time period.

**D.    Proposed Schedule for Completing all Remaining Discovery**

    **a.    Discovery Cut-off Date:** The discovery cut-off deadline shall be **Thursday, April 9, 2026**.

    **b.    Dispositive Motions:** Dispositive motions shall be filed no later than thirty (30) days after the discovery cut-off date, which is by Monday, May 11, 2026 (May 9, 2026, falls on a Saturday).

/ / /

/ / /

/ / /

- 2 -

**c.     Pre-Trial Order:** The Pretrial Order shall be filed no later than **Wednesday, June 10, 2026**, thirty (30) days after the date set for filing dispositive motions. In the event dispositive motions have been filed, the Pretrial Order shall be suspended until thirty (30) days after a decision on the dispositive motion(s) or further order of the Court.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated this 10th day of December, 2025. | Dated this 10th day of December, 2025. |
| GABROY \| MESSER | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| By: /s/ Kaine Messer<br>Christian Gabroy (*Pro bono*)<br>Nevada Bar No. 8805<br>Kaine Messer (*Pro bono*)<br>Nevada Bar No. 14240<br>The District at Green Valley Ranch<br>170 South Green Valley Parkway<br>Suite 280<br>Henderson, Nevada 89012<br>*Attorneys for Plaintiff* | By: /s/ Molly M. Rezac<br>Molly M. Rezac<br>Nevada Bar No. 7435<br>200 South Virginia Street, 8th Floor<br>Reno, Nevada 89501<br>*Attorney for Defendant* |

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 12-11-25